I agree with that part of the opinion which holds that the employees do not have a claim against the employer. I disagree, however, with the holding that the employees have a claim against co-employees for occupational diseases which are allegedly caused over a period of many years by the employer failing to provide a safe place to work. *Page 120 
The majority's attempt to distinguish Gentry v. SwannChemical Co., 234 Ala. 313, 174 So. 530 (1937), is unclear. Moreover, I think this is an area which addresses itself to legislative discretion notwithstanding Section 13, Constitution of Alabama, 1901. See Shores, J., concurring opinion inFireman's Fund American Insurance Company v. Coleman,394 So.2d 334 (Ala. 1980), in which I joined concurring.